IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHRISTOPHER LEE CRESPIN,

    Plaintiff,

v.                                                              CIV 20-0753 WJ-KBM

LIEUTENANT GALLARDO,

    Defendant.

## ORDER TO PROVIDE ADDRESS FOR SERVICE

    This matter is before the Court on Plaintiff's *pro se* Amended Civil Rights Complaint (Doc. 15) (Amended Complaint). The Court previously directed Plaintiff to identify an individual defendant, if any, who subjectively disregarded his risk of contracting hepatitis while in custody. The Amended Complaint alleges Metropolitan Detention Center Lieutenant Gallardo refused requests to sterilize clippers, but it does not include Gallardo's address. "[T]he onus [is] squarely on plaintiffs to track down the whereabouts of defendants to effectuate service—rather than obliging courts to assist in this endeavor—even when the plaintiffs are in prison." *Washington v. Correia,* 546 Fed. App'x 786, 789 (10th Cir. 2013).

    Accordingly, **IT IS ORDERED** that Plaintiff must provide a current address for serving process on Defendant Gallardo within thirty (30) days of entry of this Order. Failure to timely comply will result in dismissal of this case without prejudice and without further notice.

_____
UNITED STATES MAGISTRATE JUDGE