IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHRISTOPHER LEE CRESPIN,

    Plaintiff,

v.                                                 No. 20-cv-0753 WJ-KBM

LT. GALLARDO,

    Defendant.

## ORDER DIRECTING ISSUANCE OF NOTICE AND WAIVER OF SERVICE FORMS

This matter is before the Court on Plaintiff's Amended Prisoner Civil Rights Complaint (Doc. 15). Plaintiff is incarcerated, appears *pro se,* and is proceeding *in forma pauperis*. He alleges he contracted hepatitis after Lieutenant Gallardo refused to sterilize clippers. Having reviewed the Amended Complaint *sua sponte* under 28 U.S.C. § 1915(a), the Court finds the claims survive review under Fed. R. Civ. P. 12(b)(6). The claims should be resolved on a full record and after a *Martinez* investigation. The Court will give Defendant an opportunity to waive formal service requirements before ordering personal service. The costs of service may be imposed on any Defendant if the Court finds that they declined to waive personal service without good cause.

**IT IS ORDERED** that the Clerk's Office shall **ISSUE** Notice and Waiver of Service Forms, along with a copy of the Amended Complaint (**Doc. 15**), on Defendant Gallardo using the information listed in Plaintiff's Notice of Address (Doc. 18).

_____
UNITED STATES MAGISTRATE JUDGE