IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHRISTOPHER LEE CRESPIN,

    Plaintiff,

v.

                                    Civ. No. 20-753 WJ/SCY

BERNALILLO COUNTY METROPOLITAN
DETENTION CENTER and LT. ABRAHAM
GALLARDO,

    Defendants.

## ORDER ADOPTING PROPOSED FINDINGS AND RECOMMENDATION

THIS MATTER is before the Court on Magistrate Judge Steven C. Yarbrough's May 8, 2023 Proposed Findings And Recommended Disposition ("PFRD"). Doc. 30. In that PFRD, Judge Yarbrough recommends that the Court grant Defendant Bernalillo County Metropolitan Detention Center's Motion to Dismiss (Doc. 23) and dismiss it from this lawsuit. *Id.* Judge Yarbrough notified the parties that they had 14 days from service of the PFRD to file any objections to the PFRD. *Id.* at 6. The parties have not filed any objections to the PFRD, thereby waiving their right to review of the proposed disposition. *See United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1060 (10th Cir. 1996). Furthermore, upon review of the PFRD, the Court concurs with Judge Yarbrough's findings and recommendation.

    **IT IS THEREFORE ORDERED THAT**:

1. The Court ADOPTS Judge Yarbrough's Proposed Findings and Recommended Disposition (Doc. 30).

2. Defendant Bernalillo County Metropolitan Detention Center's Motion to Dismiss (Doc. 23) is GRANTED.

**IT IS SO ORDERED**.

_____
WILLIAM P. JOHNSON
CHIEF UNITED STATES DISTRICT JUDGE